NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

H. Tim Hoffman, SBN 049141
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612

ATTORNEYS FOR:  Plaintiff Lourdes R. Landeros

**FILED**

**11 FEB 24  PM 1:58**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lourdes R. Landeros, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>Party City Corporation, a Delaware corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV11  01636 DMG (FFMx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

**BY FAX**

The undersigned, counsel of record for  Plaintiff Lourdes R. Landeros
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Lourdes R. Landeros | Plaintiff |
| Party City Corporation, a Delaware corporation | Defendant |

February 24, 2011
Date

Sign _(signature)_

H. Tim Hoffman
Attorney of record for or party appearing in pro per